COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re 2016 Baytown Rd, LLC, d/b/a Watermark at Baytown Apartments, et al.

Appellate case number:    01-21-00250-CV

Trial court case number:   1156293

Trial court:             County Civil Court at Law No. 1 of Harris County

Relators, 2016 Baytown Rd, LLC d/b/a Watermark at Baytown Apartments, 2015 Houston Redford, LLC d/b/a The Redford Apartments, 2013 Houston Maxey, LLC d/b/a Rollingwood Apartments, 2013 Houston Fleming, LLC d/b/a Timber Ridge Apartments, 2013 Travis Oak Creek, LP d/b/a Lucero Apartment Homes, 2013 Travis Oak Creek GP, LLC, Lucero, LLC, 2015 Houston Gulfton, LLC d/b/a La Estancia Apartments, 2014 Galveston Jones Drive, LLC d/b/a Island Bay Apartments, Eureka Multifamily Group GP, Inc., Eureka Multifamily Group, LP, Rene Campos, Jimmy Arnold, Chris Roberson, Kenneth B. Chaiken, and Chaiken & Chaiken P.C., filed a petition for writ of mandamus in this Court, challenging Judge George Barnstone's May 11, 2021 order denying relators' motion to transfer venue.

On May 17, 2021, this Court granted relators' motion for temporary relief, staying all trial court proceedings and deadlines until relators' petition for writ of mandamus is finally decided or until further order from this Court.

Judge Barnstone resigned from the office of judge of County Civil Court at Law No. 1 of Harris County, Texas, effective July 19, 2021. On July 26, 2021, relators[1] filed a Motion to Abate pursuant to Texas Rule of Appellate Procedure 7.2(b). Relators'

---

[1]     Relators who filed the motion to abate were identified on the signature block as Eureka Multifamily Group, L.P., Eureka Multifamily Group GP, Inc., 2016 Baytown Ward Rod., LLC, 2015 Houston, LLC, 2014 Galveston Jones Drive, LLC, 2013 Houston Fleming, LLC, 2013 Houston Maxey, LLC, 2015 Houston Gulfton, LLC, 2013 Travis Oak Creek, LP, 2013 Travis Oak Creek GP, LLC, Rene Campos, Jimmy Arnold, Chris Robertson, Kenneth B. Chaiken, and Chaiken & Chaiken, P.C.

motion was granted on September 28, 2021 and the Honorable Audrie Lawton-Evans was substituted for the Honorable George Barnstone as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a).

On September 28, 2021, this Court abated these original proceedings and remanded them to the trial court to allow Judge Lawton-Evans to reconsider the ruling made the basis of relators' petition. The trial court stay was lifted for the limited purpose of allowing Judge Lawton-Evans to reconsider the ruling. On October 20, 2021, Judge Lawton-Evans transferred the underlying litigation to County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding.

We lift the stay of the trial court proceedings for all purposes.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                 Acting individually


Date:  December 21, 2021